CURL HALE v. THE STATE.

No. 9175.   Delivered Jan. 28, 1925.

**Manufacturing Intoxicating Liquor.**

 No statement of facts, nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Upshur County. Tried below before the Hon. J. R. Warren, Judge.

Appeal from a conviction for manufacture of intoxicating liquor; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is before us without bills of exception or statement of facts. No fundamental error has been pointed out or discovered.·

The judgment is affirmed.

*Affirmed.*